# United States Bankruptcy Court

For The
Eastern District of North Carolina Fayetteville Division

WALTON EDWARD HALL, JR. & RAMONA LYNETTE H.        Case No.: 17-03599-5-PWM
229 NIXON ROAD        SS #1: XXX-XX-2936
AUTRYVILLE, NC 28318        SS #2: XXX-XX-9210

## FINAL REPORT AND ACCOUNT

This case was commenced on: MO. 07 DAY 21 YR. 17

The Plan was confirmed on: MO. 10 DAY 03 YR. 17

The Case was concluded on: MO. 07 DAY 07 YR. 22

Plan Completed

Your trustee has maintained a detailed record of all receipts, including the source or other identification of each receipt and of all disbursements. Copies of these detailed records have been filed with the Court, or are attached hereto, and are incorporated by reference in this report.

RECEIPTS: Amount paid to the Trustee by or for the Debtor for benefit of creditors.        $ 33,180.00

| DISBURSEMENTS TO CREDITORS CREDITOR'S NAME | CLAIM NUMBER | CLASSIFICATION | AMOUNT ALLOWED | AMOUNT PAID PRINCIPAL | AMOUNT PAID INTEREST | BALANCE DUE |
|---|---|---|---|---|---|---|
| WALTON EDWARD HALL, JR. & | 777 | Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| SAMPSON CO TAX COLLECTOR | 011 | DirectPay | 0.00 | 0.00 | 0.00 | DirectPay |
| SAMPSON CO TAX COLLECTOR | 012 | Secured | 2,417.31 | 2,417.31 | 0.00 | 0.00 |
| SAMPSON CO TAX COLLECTOR | 013 | Secured | 0.00 | 0.00 | 0.00 | Not Filed |
| SAMPSON CO TAX COLLECTOR | 014 | Secured | 0.00 | 0.00 | 0.00 | Not Filed |
| INTERNAL REVENUE SERVICE | 008 | Priority | 0.00 | 0.00 | 0.00 | Not Filed |
| NC DEPT OF REVENUE | 010 | Priority | 0.00 | 0.00 | 0.00 | Not Filed |
| JOHN T ORCUTT | 009 | Priority | 0.00 | 0.00 | 0.00 | Not Filed |
| BANK OF AMERICA | 001 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| BRANCH BANKING & TRUST CO | 004 | Unsecured | 12,529.37 | 12,220.72 | 0.00 | 308.65 |
| BRANCH BANKING & TRUST CO | 005 | Unsecured | 4,968.28 | 4,845.89 | 0.00 | 122.39 |
| CHASE | 007 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| SEARS | 015 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| QUANTUM3 GROUP LLC | 018 | Unsecured | 4,904.53 | 4,783.74 | 0.00 | 120.79 |
| QUANTUM3 GROUP LLC AS AGE | 019 | Unsecured | 2,504.09 | 2,442.46 | 0.00 | 61.63 |
| BANK OF AMERICA | 002 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| BANK OF AMERICA | 003 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| BB&T | 006 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| STATE OF NORTH CAROLINA | 016 | Priority | 0.00 | 0.00 | 0.00 | Not Filed |
| SYNCHRONY BANK | 017 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| US ATTORNEY'S OFFICE | 021 | Priority | 0.00 | 0.00 | 0.00 | Not Filed |
| U S ATTORNEY'S OFFICE | 020 | Priority | 0.00 | 0.00 | 0.00 | Not Filed |
| SYNCHRONY BANK | 022 | Secured | 0.00 | 0.00 | 0.00 | Not Filed |

# United States Bankruptcy Court

For The
Eastern District of North Carolina Fayetteville Division

WALTON EDWARD HALL, JR. & RAMONA LYNETTE H.      Case No.: 17-03599-5-PWM
229 NIXON ROAD      SS #1: XXX-XX-2936
AUTRYVILLE, NC 28318      SS #2: XXX-XX-9210

## FINAL REPORT AND ACCOUNT

| | MO. | DAY | YR. | | | MO. | DAY | YR. | | | MO. | DAY | YR. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| This case was commenced on | 07 | 21 | 17 | | The Plan was confirmed on | 10 | 03 | 17 | | The Case was concluded on | 07 | 07 | 22 |

Plan Completed

Your trustee has maintained a detailed record of all receipts, including the source or other identification of each receipt and of all disbursements. Copies of these detailed records have been filed with the Court, or are attached hereto, and are incorporated by reference in this report.

RECEIPTS: Amount paid to the Trustee by or for the Debtor for benefit of creditors.      $ 33,180.00

| DISBURSEMENTS TO CREDITORS CREDITOR'S NAME | CLAIM NUMBER | CLASSIFICATION | AMOUNT ALLOWED | AMOUNT PAID PRINCIPAL | AMOUNT PAID INTEREST | BALANCE DUE |
|---|---|---|---|---|---|---|
| WALTON EDWARD HALL, JR. & | 999 | Refund | 0.00 | 0.00 | 0.00 | 0.00 |

SUMMARY OF CLAIMS ALLOWED AND PAID:

| | SECURED | PRIORITY | GENERAL | LATE | SPECIAL | TOTAL | |
|---|---|---|---|---|---|---|---|
| AMOUNT ALLOWED | 2,417.31 | 0.00 | 24,906.27 | 0.00 | 0.00 | 27,323.58 | TOTAL PAID PRINCIPAL AND INTEREST |
| PRINCIPAL PAID | 2,417.31 | 0.00 | 24,292.81 | 0.00 | 0.00 | 26,710.12 | |
| INTEREST PAID | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 26,710.12 |

OTHER DISBURSEMENT UNDER ORDER OF COURT

| DEBTOR'S ATTORNEY | FEE ALLOWED | FEE PAID |
|---|---|---|
| MATTHEW SCHMIDT FOR LOJTO | 4,950.00 | 4,950.00 |

| COURT COSTS AND OTHER EXPENSES OF ADMINISTRATION | FILING FEE AND DEPOSIT | ADDITIONAL CHARGES CLERK'S CHARGES | ADDITIONAL CHARGES .25 EACH CLAIM OVER 10 | TRUSTEE EXPENSE FUND | TRUSTEE COMPENSATION FUND | OTHER COST | |
|---|---|---|---|---|---|---|---|
| | 0.00 | 0.00 | | 1,238.05 | 281.83 | 0.00 | 1,519.88 |

WHEREFORE, your Petitioner prays that a Final Decree be entered discharging your Petitioner as Trustee and releasing your Petitioner and The Trustee's surety from any and all liability on account of the within proceedings, and closing the estate, and for such other and further relief as is just.  Pursuant to FRBP 5009, I hereby certify that the above captioned case has been fully administered.

Dated:  09/20/2022      Joseph A. Bledsoe, III, Chapter 13 Trustee
P.O. Box 1618
New Bern, NC  28563